**Herbert Hammond, appellant, v. J. W. MacDonald, appellee. Gen. No. 6,742.**

Assumpsit to recover amount due on a promissory note. Judgment for defendant. Appeal from the Circuit Court of Kane county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at

the October term, 1919. Reversed and remanded. Opinion filed October 12, 1920. Rehearing denied and opinion modified December 2, 1920.

Sabath, Stafford & Sabath, for appellant. Alschuler, Putnam & Flannigen, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.